**Exhibit A to the Complaint**

**Location:** Flanders, NJ  **IP Address:** 96.225.34.100
**Total Works Infringed:** 40  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash:<br>3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 03-03-2023 19:56:06 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 2 | Info Hash: 665AB059BA65DDB82040CEB98A83B8BCED372A4C<br>File Hash:<br>33426FFA7BACA6169D3C17B75E83C7F65AF84AEE693F1DFF51FDA25B6EE0E659 | 03-03-2023 19:46:34 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 3 | Info Hash: 1B7C2A860934AA580DF97BF6D6E7E18075E90612<br>File Hash:<br>DB7D1811FB7FF459267F5D52450BC2693B7D70A70A26828177CFC78C7276ACF2 | 02-24-2023 19:46:55 | Blacked Raw | 03-30-2020 | 04-17-2020 | PA0002237303 |
| 4 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash:<br>738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 02-24-2023 19:28:05 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 5 | Info Hash: 89E944A0F9F4B56266BDCEEB3F50BA71B1924516<br>File Hash:<br>8F93F8FE1883E7EBA4AAEA5E9816FA7AC9130A39D2E7EF65B663AB461822B286 | 02-24-2023 19:19:07 | Slayed | 06-21-2022 | 07-21-2022 | PA0002367486 |
| 6 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash:<br>23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 02-24-2023 19:12:26 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 7 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash:<br>7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 02-24-2023 17:56:11 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 8 | Info Hash: B130E19A6EEF2E4D60D3661116FFE8440CD401F8<br>File Hash:<br>6937A7778D7753D33CCA08323009E3A32A25E3D69A327CAFDE357AB7AD705752 | 02-24-2023 17:08:33 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 9 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash:<br>FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 02-22-2023 16:13:32 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 10 | Info Hash: 02C5AC2FF97A14C733A92B7AC0EA72F8460BF52E<br>File Hash:<br>88DE46D310A7E8FEE54C57A3EEFBF921EFD0227C9F6E888E79BDF68890BF35CC | 02-14-2023 21:08:28 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 11 | Info Hash: A03C2DD0F6891452B400F352C4CAEFF18F863F9A<br>File Hash:<br>58E7C18532487E38478C378427D53A90889DFBE06CE8CA9D6A0D6C976FEC1AA1 | 02-03-2023 00:25:04 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3D66755C8BC977312D77CB65FA8995558A890EF1<br>File Hash: CE33D1A2D7CF664F8561848FAE519F184FF5A3C237A9CC79E59B4CFD219E4A84 | 02-03-2023 00:23:51 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 13 | Info Hash: 9BFF2431CB1534DD602B6E18843CFE128BA77BFE<br>File Hash: 2F373BD577AD940EA97E210845FF2F3FAF31E7DD3EF9A064C502F0C78255C309 | 02-03-2023 00:23:20 | Slayed | 07-12-2022 | 08-10-2022 | PA0002370897 |
| 14 | Info Hash: 78D6507E6AC2F97007D9B87170692852F4F3658D<br>File Hash: 82CC8B7E9DB91DC507B29304294C5AFA9D9851A17B02C2485D96DE33D45CF9A9 | 02-03-2023 00:22:25 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 15 | Info Hash: 500B18007D8696E0B35D5053E8DFD82BFA02D285<br>File Hash: 7C2D3414523579E0731F54BA432EA979B0B5D02C87CDC4101CFF4972C369D619 | 02-02-2023 23:47:04 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 16 | Info Hash: CCB3D2A0A3CD833D4960BEB5A586987D98A8A4C8<br>File Hash: EF327809ADB6CB3A3838898DE18AED89C7B281AC7C8A82773406D9F4FF96AE21 | 02-02-2023 23:28:19 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |
| 17 | Info Hash: 53A1F35DC62619D28F49BF5E7398F8A6E23C7D00<br>File Hash: 8DD4D2B111AEAD954F26D24E8D0C6F6E570B7CCB8F58CCF70CC67AE4112F0D36 | 02-02-2023 23:18:45 | Slayed | 08-09-2022 | 10-05-2022 | PA0002378461 |
| 18 | Info Hash: 9D0E6395886BD6D9F2435B40F907FF75184571C8<br>File Hash: B972F5E8B10A1E9A75F37EB4DCA61E749E0C08EF0A1665D59A2FA625E3D1A235 | 01-29-2023 15:04:09 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 19 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash: 6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 01-29-2023 14:52:47 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 20 | Info Hash: 21A0C1F6EDFFE6178F8B30D4149B102FA5DFA840<br>File Hash: 50164D884362AB49B6502AB30A1480995FE81AF17741ACFD55EA695A3EE8083F | 01-29-2023 14:51:17 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 21 | Info Hash: 43AE3B514C855B60DB2D0B78085D6DE14F890B76<br>File Hash: F6ECE9B067EA9898CD4EBEDB35B9CE1A6AC4D7234B8F7C8E636EA347F5DA277F | 01-29-2023 14:03:51 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 22 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash: 7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 01-21-2023 15:39:22 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 23 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash: BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 01-21-2023 15:37:12 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CB824E8C8C2E955B1913A116A11A448FF74ADC80<br>File Hash: BA3525EF7022D26044B192EBAA815DB0C698E500BABC616A3D36FEB4A57476DC | 12-28-2022 13:48:01 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 25 | Info Hash: 34C8C1B694349A1DF59D9F3EFE5A333A6EC7F644<br>File Hash: 23FF03E8C3FB4FDE9345CDF7003D800AB523390D1F647D6CEE532772B08A913F | 12-21-2022 20:04:16 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 26 | Info Hash: B51BF7BB2CC0BD6377FDB94143542D242AFE6EE5<br>File Hash: C4D78B29390BC49DA72EFB4A5FA5DA534D4989918376071381FF6A77FBCE02FB | 12-21-2022 19:56:05 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 27 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash: 12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 12-21-2022 18:55:47 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 28 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 12-19-2022 22:28:24 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 29 | Info Hash: EC7B536F394071701D40E02A9A6479B5A777521A<br>File Hash: 2C2DAD9004F5195B7099D48ED495DC6012D2B71AED562B931DC3584F5CC04B76 | 12-15-2022 00:15:44 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 30 | Info Hash: 7D4A7CA1D1D3C53CA13B10A1443E515B9036CB6C<br>File Hash: 76C1663C6E2EB8A19475499777B513D5E8EE3D37B368D27E5D704D753B83D745 | 12-03-2022 19:10:36 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 31 | Info Hash: 45042E64689D7A0AD9A8746EFBE2C41C63D3AE36<br>File Hash: 00ADC6F86AD60EC460B11A4088308358D83640579948A34F131B3A50FEF9BFD0 | 11-30-2022 00:07:02 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 32 | Info Hash: 3D784503196D4B95F04098E2E56852F4F7D45836<br>File Hash: 0CA6C97E0A5152060A38ADBC585FBB30E4AB94B669792EC2D68772AF1761CF24 | 11-23-2022 15:53:50 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 33 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash: 9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 11-19-2022 20:20:53 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 34 | Info Hash: ACAEAB5A100D20A306B5F8BD063D03CFE0865F2F<br>File Hash: FE47DAC4CEFE80E8AEBCCEE88BB1FCD162E4444A536736C3E26270D841B654C3 | 11-09-2022 20:22:42 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 35 | Info Hash: 58E59EA364F324296007E16F9F488A1E0DA5D933<br>File Hash: 9FF576136408AC0312144C093118DC1707CFC6B57A4825DD6A43896D0E78468D | 11-02-2022 20:42:47 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 76F95670FA20DDC51B0DA2B370811C85A77261AF<br>File Hash: F07BEB037C33C3900A5286CAE8445B4E99443F63E28A3B1FE01CCA53F259A240 | 11-02-2022 20:42:26 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 37 | Info Hash: 62E7E36C9799BA4BACBB7CA72D1D554CD3A5AF92<br>File Hash: 24DA8F696EEE342F2DE458C904301A2B8EA9BE90847ED5BBF74CD6C890599104 | 11-02-2022 20:29:33 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 38 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash: BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 11-02-2022 20:06:32 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 39 | Info Hash: A14023846EED88AF95F2AF76BD1D5A5E90CC920D<br>File Hash: B960E455DB5743B61019D1F2991B3E39B5655415FE98C81E642B61C3E14B3CFC | 10-12-2022 17:56:46 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 40 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash: 16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 10-12-2022 17:51:51 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |