**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:    John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.225.34.100,<br><br>                Defendant. | Case No. 2:23-cv-01413-ES-MAH<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 96.225.34.100 are voluntarily dismissed without prejudice.

DATED: June 15, 2023

**SO ORDERED.** The Clerk of Court shall **CLOSE** this matter.

_____
Hon. Esther Salas, U.S.D.J.
Dated: June 16, 2023

Respectfully submitted,

**THE ATKIN FIRM, LLC**
*Attorneys for Plaintiff,*
*Strike 3 Holdings, LLC*

<u>/s/ John C. Atkin, Esq.</u>
John C. Atkin, Esq.

1